FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2024

SEAN F. McAVOY, CLERK

## CHARGES AND PENALTIES

**CASE NAME:** PAULINO PORTILLO-OROZCO    **CASE NO.** 2:24-CR-13-SAB-2

TOTAL # OF COUNTS: 2    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846, 841(a)(1) (b)(1)(A)(viii) | Conspiracy to Distribute 500 Grams or More of Methamphetamine | CAG not less than 10 years up to a life term; a fine up to $10,000,000; not less than 5 years up to a life term of supervised release; denial of certain federal benefits; a $100 special penalty assessment; and deportation from the United States |
| 2 | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), 18 U.S.C. § 2 | Distribution of 500 Grams or More of Methamphetamine | CAG not less than 10 years up to a life term; a fine up to $10,000,000; not less than 5 years up to a life term of supervised release; denial of certain federal benefits; a $100 special penalty assessment; and deportation from the United States |
|  | 21 U.S.C. § 853 | Forfeiture Allegations |  |