1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Caitlin Baunsgard
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone:  (509) 353-2767

7                 UNITED STATES DISTRICT COURT
8         FOR THE EASTERN DISTRICT OF WASHINGTON

9                                    2:24-CR-13-SAB-2

10  UNITED STATES OF AMERICA,         INDICTMENT

11
                       Plaintiff,     Vio.:  21 U.S.C. § 846,
12                                           Conspiracy to Distribute 500
                                             Grams or More of
13           v.                              Methamphetamine
                                             (Count 1)
14                                ,
    PAULINO PORTILLO-OROZCO,
15                                           21 U.S.C. § 841(a)(1),
16                                           (b)(1)(A)(viii), 18 U.S.C. § 2
                                             Distribution of 500 Grams or
17                                ,          More of Methamphetamine
                                             (Count 2)
18                   Defendants.
19                                           21 U.S.C. § 841(a)(1),
                                             (b)(1)(C), 18 U.S.C. § 2
20                                           Distribution of
21                                           Methamphetamine
                                             (Count 3)
22
23                                           21 U.S.C. § 841(a)(1),
24                                           (b)(1)(B)(viii), 18 U.S.C. § 2
                                             Distribution of 5 Grams or
25                                           More Actual (Pure) of
26                                           Methamphetamine
                                             (Counts 4 - 6)
27
28

INDICTMENT - 1

21 U.S.C. § 841(a)(1),
(b)(1)(A)(viii), 18 U.S.C. § 2
Distribution of 50 Grams or
More of Actual (Pure)
Methamphetamine
(Count 7)

21 U.S.C. § 853
Forfeiture Allegations

The Grand Jury charges:

COUNT 1

Beginning on a date unknown but by on or about October 2023, and continuing until on or about January 16, 2024, in the Eastern District of Washington and elsewhere, the Defendants, ████████████████████, PAULINO PORTILLO-OROZCO, ███████████████████████████ ████████████████ and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), all in violation of 21 U.S.C. § 846.

INDICTMENT - 2

COUNT 2

On or about October 29, 2023, in the Eastern District of Washington, the Defendants, ██████████████████████ PAULINO PORTILLO-OROZCO, knowingly distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2.

COUNT 3

On or about November 29, 2023, in the Eastern District of Washington, the Defendant, ██████████████████████, knowingly distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2.

COUNT 4

On or about December 12, 2023, in the Eastern District of Washington, the Defendant, ██████████████████████, knowingly distributed 5 grams of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) and 18 U.S.C. § 2.

COUNT 5

On or about December 20, 2023, in the Eastern District of Washington, the Defendant, ██████████████████████, knowingly distributed 5

INDICTMENT - 3

grams of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) and 18 U.S.C. § 2.

## COUNT 6

On or about December 28, 2023, in the Eastern District of Washington, the Defendants, ███████████████ ████████████████ ██████████ knowingly distributed 5 grams of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) and 18 U.S.C. § 2.

## COUNT 7

On or about January 4, 2024, in the Eastern District of Washington, the Defendant, █████████████████, knowingly distributed 50 grams of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in this Indictment, the Defendants, ███████████████ ██████████ PAULINO PORTILLO-OROZCO, ████████████ █████████████████████████████████, shall forfeit to the

INDICTMENT - 4

United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

.    DATED this ___ day of January 2024.

A TRUE BILL

_____
Foreperson

_____
Vanessa R. Waldref
United States Attorney

_____
Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT - 5