## CHARGES AND PENALTIES

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2024

SEAN F. McAVOY, CLERK

**CASE NAME:** PEDRO VALLE-CHAVARRIA    **CASE NO.** 2:24-CR-13-SAB-4

TOTAL # OF COUNTS: 2    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846, 841(a)(1)(b)(1)(A)(viii) | Conspiracy to Distribute 500 Grams or More of Methamphetamine | CAG not less than 10 years up to a life term; a fine up to $10,000,000; not less than 5 years up to a life term of supervised release; denial of certain federal benefits; a $100 special penalty assessment; and deportation from the United States |
| 6 | 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), 18 U.S.C. § 2 | Distribution of 5 Grams or More of Actual (Pure) Methamphetamine | CAG not less than 5 years nor more than 40 years; and/or up to $5,000,000 fine; not less than 4 years nor more than life supervised release; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a |
|  | 21 U.S.C. § 853 | Forfeiture Allegations |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |